**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOHN BACA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN BACA<br><br>　　　　　　　　Defendant, | Case No.:11-CR-00081 LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND BRIAN WILLIAM ENOS, UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, JOHN BACA by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing currently set for February 13, 2012 be continued to February 21, 2012, or a date convenient to the court and counsel.

　　This is a mutual agreement between myself, and Assistant United States Attorney Brian William Enos. The reason for the continuance is as follows:

　　1.　Mr. Baca's original sentencing date is currently scheduled for Feb 13, 2012.

　　2.　In preparing for the sentencing, I referred my client to meet with a psychiatrist in order to provide mitigating circumstances at the time of his sentencing hearing.

| | |
|---|---|
| 1 | Unfortunately, the psychiatrist did not have the report prepared until late January |
| 2 | 2012. |
| 3 | 3. Additional time is needed in order to prepare and file a Sentencing Memorandum |
| 4 | and to allow the AUSA time to review and if necessary file a response if he so |
| 5 | chooses. |

The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Based upon the foregoing, I respectfully request that this matter be continued to February 21, 2012.

       IT IS SO STIPULATED.

Dated: 01/30/12                                    /s/ David A. Torres
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            JOHN BACA

Dated: 01/30/12                                    /s/ Brian William Enos
                                                            BRIAN WILLIAM ENOS
                                                            U. S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. |
| 3 | §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv). |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | IT IS SO ORDERED. |
| 14 | **Dated:   January 31, 2012**          /s/ Lawrence J. O'Neill |
|    |                                      UNITED STATES DISTRICT JUDGE |