```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for Plaintiff
 6       United States of America
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:11-CR-00081-LJO
                                   )
12          Plaintiff,             )  FINAL ORDER OF FORFEITURE
                                   )
13      v.                         )
                                   )
14  JOHN ANTHONY BACA,             )
                                   )
15          Defendant.             )
                                   )
16  ───────────────────────────────)
```

17    WHEREAS, on December 27, 2011, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253,

19 based upon the plea agreement entered into between plaintiff and

20 defendant John Anthony Baca forfeiting to the United States the

21 following property:

22          a.  Toshiba Laptop Computer seized from
                defendant by law enforcement on or about
23              January 19, 2011;

24          b.  Seagate External Hard Drive seized from
                defendant by law enforcement on or about
25              January 19, 2011;

26          c.  Compact discs, hard drives, or other storage
                devices containing visual depictions of
27              minors engaged in sexually explicit conduct
                and seized from defendant by law enforcement
28              on or about January 19, 2011.

                                1                    FINAL ORDER OF FORFEITURE

| | |
|---|---|
| 1 | AND WHEREAS, beginning on March 2, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Anthony Baca.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:  August 2, 2012**           /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE |